IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | <u>I N D I C T M E N T</u> |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 4:19 CR 764 |
| v. ) | |
| ) | Title 21, United States Code, |
| AURIENN JONES, ) | Sections 924(c)(1)(A)(i), |
| ) | 841(a)(1), (b)(1)(B)(iii) and |
| Defendant. ) | (b)(1)(B)(vi) |

JUDGE OLIVER

COUNT 1
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(l) and (b)(1)(B)(vi))

The Grand Jury charges:

1. On or about November 11, 2018 in the Northern District of Ohio, Eastern Division, Defendant AURIENN JONES did knowingly and intentionally possess with intent to distribute at least 10 grams of a mixture and substance containing a detectible amount of a fentanyl analogue, that is: heroin, fentanyl, and methoxyacetyl fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(1)(B)(vi).

COUNT 2
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(l) and (b)(1)(B)(vi))

The Grand Jury further charges:

2. On or about November 11, 2018 in the Northern District of Ohio, Eastern Division, Defendant AURIENN JONES did knowingly and intentionally possess with intent to distribute at least 10 grams of a mixture and substance containing a detectible amount of fentanyl analogue, that is: cocaine, heroin, acetyl fentanyl, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(1)(B)(vi).

COUNT 3
(Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(l) and (b)(1)(B)(iii))

The Grand Jury further charges:

3. On or about November 11, 2018 in the Northern District of Ohio, Eastern Division, Defendant AURIENN JONES did knowingly and intentionally possess with intent to distribute a mixture and substance containing at least 28 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(1)(B)(iii).

COUNT 4
(Possessing Firearms in Furtherance of Drug Trafficking Crimes,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about November 11, 2018 in the Northern District of Ohio, Eastern Division, Defendant AURIENN JONES did knowingly possess a firearm, to wit: a Glock semiautomatic pistol, model 22, .40 caliber, bearing serial number DVE113US, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being: possession with intent to distribute a fentanyl analogue, a Schedule II controlled substance as charged in Counts 1 and 2 of this indictment, Title 21, United States Code, Section 841(a)(1), and possession with intent to distribute cocaine base, a Schedule II controlled substance as charged in Count 3 of this indictment, Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code

Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant AURIENN JONES, shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such violations; any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following: a Glock semiautomatic pistol, model 22, .40 caliber, bearing serial number DVE113US.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.